# COMPLAINT FORM
(for non-prisoner filers without lawyers)



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

KENNETH WAYNE SMITH

vs

(Full name of defendant(s))

T-MOBILE

Case Number:

3:19-cv-63-RLY-MPB

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of INDIANA and resides at
   (State)

   717 CHERRY ST, APT. 205 EVANSVILLE, IN — 47713
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant    T-MOBILE
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___INDIANA___
(State, if known)

and (if a person) resides at ___717 CHERRY ST. APT. 205___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

2. DID NOT PROVIDE REQUIRED SERVICE

3. 5/3/18, 6/3/18, 7/3/18, 11/3/18, 3/12/19

4. AT MY HOME

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C.   JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$1,000,000 in damages & distress

Breach of contract

Non-service

Mental Anguish

Interstate wire fraud

Anxiety

Damages

Distress

E.  **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case    *I prefer a mid-afternoon trial.*

OR

☐ Court Trial - I want a judge to hear my case

Dated this __18__ day of __MARCH__ 20__19__.

Respectfully Submitted,

_Kenneth W. Smith_
Signature of Plaintiff

__812-460-0608__
Plaintiff's Telephone Number

__KEN.W.SMITH1942@GMAIL.COM__
Plaintiff's Email Address

__717 CHERRY ST, APT. 205__
__EVANSVILLE, IN - 47713__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.